# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM M. COHEN, D.M.D., M.S., GREATER ST. LOUIS PERIODONTICS, P.C., d/b/a BPP, *on behalf of itself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>ASHTEL STUDIOS, INC.,<br><br>    Defendant. | No. 4:22-CV-802 RLW |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice, (ECF No. 45),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own costs.

*Ronnie L. White* (signature)
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this  1st  day of May, 2023.